# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND (Greenbelt Division)



WENGUI GUO a/k/a MILES KWOK(Ho Wan Kwok)

*plaintiff*

V.　　　　　　　　　　　　　　　　　　　Civil Case # PWG 18-cv-259

HONGKUAN LI, *pro se*

*defendant*

## MOTION TO VACATE DEFAULT JUDGEMENT, AND MOTION TO DISMISS

I, Hongkuan Li, the Defendant hereby move to vacate the default judgment, and move to dismiss the case for

1) Defendant was never served,

2) violation of court orders and rules, and

3) lack of jurisdiction.

### 1. The Defendant was never served.

The Plaintiff never served the defedant. The Plaintiff provided to the court a copy of a registered mail receipt (green slip) with a forged signature of HONGKUAN LI on it, showing successful

delivery on Feb. 15. Upon inspection on the delivery receipt, the Defendant found the signature is a poor fraud, primitively falsified. In reality, the Defendant HONGKUAN LI NEVER SIGNED IT, and NEVER RECEIVED THE MAIL.

The Plaintiff risked perjury with a falsified signature of the Defendant to mislead the federal court in

order to proceed with the lawsuit, resulting in heavy legal pressure on the Defendant.

The MEMORANDUM OPINION AND ORDER was entered IN DEFAULT in May 2019 and signed by the Honorable Judge Paul W. Grimm, based in part on this fraudulent service of process.

This Order of DEFAULT JUDGEMENT should be vacated. I demand a penalty for forgery according to law. I have contacted a few handwriting expert witnesses in the Washington, D.C. area, knowing the cost, I hereby request the court to order the Plaintiff to pay the cost to get my handwriting analyzed and compare it with the forged signature on file. If it turned out to be my signature, I'd be willing to pay in reinbursment to the Plaintiff for this cost of expert handwriting analysis.

## 2. The Plaintiff is in violation of court rules and orders.

The record shows that this case was filed on 01/26/2018. On January 30, 2018 there was the first Court Order on docket directing each party to notify the other party important motions and other documents.

The Plaintiff NEVER followed this order, obviously, the Defendant never received these important court documents from him.

To prove or negate this claim, the Defendant request the court to order the Plaintiff to provide any evidence of delivering any of these documents. There should be none in the hands of the Plaintiff.

In July 2018 Guo announced in YouTube speech to the public that he ordered to cancel his lawsuit with the Defendant.

The case was pushed forward to ENTRY OF DEFAULT in July 2018 by his lawyer Daniel Ward, then with a new attorney, secretly moved to DEFAULT JUDGMENT in May 2019, seemingly alerted & triggered by an *Amicus curiae*.

The Plaintiff seemed to be executing a planned theft of DEFAULT judgment in total secrecy

without even trying to notify the Defendant at each moment of the motion.

The Court failed in fairness and justice because one party, the Plaintiff does not follow Court rules and Orders from the very beginning all the way to the end. This would indeed serve the gaol of Guo as a Communist spy. He claimed many times on YouTube speeches that the US legal system only serves the interest of the rich like himself. He uses his money creating legal terrorism in costly court fighting against me and against quite a few other people working for the true democracy transformation in China.

It created tremendous economic hardship to the Defendant.

Guo defamed me as a criminal, a womanizer who transmitted HPV and AIDS to my girl friends and they all ended up with cancer in uterus, and had their wombs removed. He would described such salacious and obscene stories hours after hours to his followers how I made love to women and at the same time inserting stuffs into their virginas. At the peak of his smear campaign against anti-Communist people including me, he anounced us all committed sexual assault and put out a bonus of $100,000 in the public to collect sexual misconduct hints and any other privacy information on LI HONGKUAN, XIA YELIANG, LIU GANG, TENG BIAO, TANG BAIQIAO, XIONG XIANMIN, MENG WEICAN,AND LI WEIDONG.From then on, we were attacked by his followers as the men with STD's or AIDS. For exmple, https://www.youtube.com/watch?v=moptTJgVLic

To put the record straight, please read a report by The Epoch Times, which was published in 2016, before Guo come to the U.S. as a so-called whistle-blower:

Chinese Dissent in an Age of Social Media

Democracy activist Li Hongkuan ran a popular email newsletter in the 1990s, and now uses the app WeChat to the same end

https://www.theepochtimes.com/chinese-dissent-in-an-age-of-social-media-2_2170512.html

## 3. LACK OF JURISDICTION

The Plaintiff declared many times to the public, in his tweets and his YouTube broadcasting, that he is a US citizen. But more evidence is showing up that he is NOT. Guo lied about his citizenship

in his lawsuits with others, for example, Guo Wengui vs. Chen Jun aka Jonathan Ho (NY), Guo Wengui vs. Xianmin Xiong(NY), Guo Wengui vs. Teng Biao(NJ), Guo Wengui vs. Yuan Jianbin (CA), Guo Wengui vs. Xia Yeliang(VA) & Guo Wengui vs. Guo Baosheng(VA) and Guo Wengui vs. Danyu Lin(SC). He filed more than a dozen similar defamation lawsuits all over America and Canada, they are all SLAPP suits in nature. Some defendants don't have U.S. citizenship, and these cases were dismissed. For example, Guo Wengui vs. Yuan Jianbin (CA) was dismissed due to lack of jurisdiction in the federal district court of California.

Through laborious research the Defendant realized that the Plaintiff probably could not be a U.S. citizen as he announced to the public that he sought political asylum in September 2017. A U.S. citizen is not eligible to apply for political asylum in the USA. So Plaintiff's correct status should be refugee-in-application. He could not possibly get political asylum for quite a few obvious reasons known to the Chinese audiences. One, for example, he never suffered any political persecution in China, he made enormous amounts of money cooperating with the corrupt officials Zhang Yue, and Ma Jian, who is the vice minister of China's intelligence and spy agency, the Ministry of National Security, in other words, he is the one who persecuted others. He did not have any political beliefs in anything other than money and absolute Communist power in China, and he also committed crimes in China, one for commercial fraud for 7125RMB Yuan in May 1989, arrested, jailed, trialed, and sentenced to 3 years in jail with a suspension for four years. He fabricated a new story for asylum as a generous contributor to the 1989 Tiananmen student protests, donating about 3500RMB Yuan, the proceeds of sale of his bike to students in Beijing. He lied about his criminal background, and lied again about his involvement in the 1989 Tiananmen student protests.

Guo fabricated personal biographical information. The Plaintiff's verified complaint from #26 to #114 are copied into each and every lawsuit against more than a dozen critics, as a propaganda and self-promotion. He aims to portray himself as a dissident for the purpose of getting asylum. According to a WSJ.com report on July 22, 2019: quoting a recent filing last Friday in federal court in NY,

*"Guo never intended to use the fruits of Strategic Vision's research against the Chinese Communist Party,"* the court filing said. *"That is because Guo was not the dissident he claimed to be. Instead, Guo Wengui was, and is, a dissident-hunter, propagandist, and agent in the service of the People's Republic of China and the Chinese Communist Party."* https://www.wsj.com/articles/chinese-tycoon-holed-up-in-manhattan-hotel-is-accused-of-spying-for-beijing-11563810726

According to a Miami Herold report,

[GUO]he's *used scores of lawsuits to engage in seemingly sham disputes against Chinese regime-connected entities while simultaneously filing very real lawsuits against legitimate Chinese dissidents to destroy their reputations and drain their finances."*

*The allegations against Guo — that he's some sort of double agent uncovering real dissidents for the Chinese government —* https://www.miamiherald.com/news/politics-government/article232973237.html

Guo is a fugitive, wanted the Interpol Red Notices twice. Some US media like the Wall Street Journal would describe him as a "Tycoon Exiled", or a political dissident.

I don't think he is a dissident since November 2017. I believe he is a dissident destroyer. **By destroying true dissidents of China, he thought he would earn some credit when he faces trial in China after extradition.** I coined a term, Zi Gan Te (self-financed spy) for people spying in the US for the People's Republic of China. To better understand what he does as a spy, please refer to The Curveball (informat), https://en.wikipedia.org/wiki/Curveball_(informant) the Iraqi defector Rafid Ahmed Alwan as a model.

A true dissident in exile, like Mr. Wei Jingsheng, Wang Dan, or the Defendant, is banned from returning back home in China.

## The Defendant is an asylee, who applied for political asylum in 1997.

He is the founder of Da Can Kao, or VIP Reference www.BigNews.ORG, reported in U.S. media as a champion and pioneer in advancing American political idealism to Chinese people, leading the battle for information freedom war against China's Great Firewall and started broadcasting via the Internet into China for more than twenty years. The Defendant is an encyclopedic authority on the Chinese Democracy Movement, human rights abuses in China, and an avid critic of the Chinese government's fraud and Communist regime.

The Defendant participated in the 1989 protests in Beijing, and have been a human rights and democracy advocate for more than 30 years. I came in 1991 as a Ph.D. graduate student to attend Albert Einstein College of Medicine of Yeshiva University in Bronx, NY 10461. Around 1989 I was a

assitant professor in Beijing Univerisity Medical School. When I was attending graduate program for Masters degree at Shanghai Insitute of Biochemistry, Academia Sinica, when student protests happened in winter of 1986 in Shanghai, the Defendant actively participated.

In summary, one refugee-in-application as Plaintiff, and one asylee as Defendant would destroy the diversity requirement in the federal court jurisdiction. Due to lack of jurisdiction, this case ought be dismissed immediately upon the default judgment The MEMORANDUM OPINION AND ORDER being vacated.

## Damages to Defendant's Reputation and The Cost of Fight

This lawsuit is frivolous, fraudulent and defamatory in itself. The Plaintiff is abusing the court system to win on perjury and forging my signature, not serving important documents, and at the same time destroying my reputation and draining my finances. It created a huge financial loss and burden in emotional distress dealing with this abusive litigation with preposterous complaints. All his complaints are wild accusations without any merit. He literally defamed me on multiple accounts.

For example, in the Plaintiff's verified complaint #131, he lied that I threatened to RAPE GUO'S ELDERLY MOTHER. His mother lived in China, I live in Maryland, banned from traveling to China, how on earth would I be able to rape his mother logistically?

On Plaintiff's verified complaint #114, Mr. Guo lied about my funding, HONGKUAN LI IS ONE OF THE ACTIVISTS PAID BY THE CHINESE GOVERNMENT TO DESTROY, DEFAME, AND OTHERWISE OPPOSE GUO. Mr. Guo put this complaint on every person he sued. This is political defamation in itself.

In the Plaintiff's verified complaint #166, he complained about my YouTube video (without providing a link) that LI CALLED GUO A "COMMUNIST SPY PUPPY". New evidence reported on Wall Street Journal(7/22) and the Miami Herald (7/23) underlines what I was complained about might be right and for that I have made some contribution in educating the US media and

intelligence community in particular. I know for a fact that Guo made effort to infiltrate US politics, and people like Steven Bannon and Bill Gertz have already become victims of his lies and falsified top secret Chinese documents.

The Wall Street Journal on July 22, 2019, reported Guo Wengui, the Plaintiff, Is Accused of Spying for Beijing. Guo published a rebuttal on his website, titled GUO WENGUI STATEMENT Quoting Judge Paul W. Grimm, ordering to ban my constitutional rights of free speech.In the rebuttal to the WSJ report on him being a Chinese Communist spy, GUO WENGUI made very misleading STATEMENT on the law Quoting Judge Paul W. Grimm, full text here
https://twitter.com/LiHongKuan/status/1153899509463826432?s=20

Guo is a liar of the century. A couple of days ago, he announced that a recent speech on China policy by Secretary of State Michael R. Pompeo, which was written by one of his followers. I doubt it.

He announced many times that he lives in a hotel patroled by FBI agents, and that he is only a few hundred yards away from President Trump's residence in NYC. According to a South China Morning Post report,

"He's a fugitive from justice who has asylum claims and he's using as leverage his association with Mar-a-Lago to bolster his asylum claim."
https://www.scmp.com/news/china/article/3019840/chinese-fugitive-tycoon-and-member-trumps-mar-lago-also-spy

Guo's true and real identity is in doubt. The names used in this lawsuit are all wrong. Neither Wengui Guo, nor Miles Kwok has legal status, he announced to the public on YouTube that there is no money or assets lodged under these names, there are no passports, no government issued ID's existed on these names, no bank accounts associated with these names. They don't legally exist. See video of Guo declaring his legal non-existence:
https://twitter.com/LiHongKuan/status/1051212510844608513?s=20

Guo announced that he transfered his money into some kind of trustee arrangment for bullet-proof protection. He admitted he has negative assets in a deposition by the attorney for Guo

Baosheng(case in federal court of VA, Wengui Guo v. Baosheng Guo). Most of his money is believed to be frozen due to charges of money laundering in Hong Kong.

Guo last entered the U.S. on a visa with Hong Kong passport. The name he used to apply for political asylum is Ho Wan Kwok. He got this falsified identity through working for and bribing officials in China's spy agency, the Ministry of National Security, before the handover of Hong Kong to China in 1997. Guo has at least 4 or 5 different birth dates on public records. No one knows for sure when he was born.

## Demand Penalty for Vexatious litigation, Demand Award.

I request an order from the court to award me two hundred fifty thousand dollars($250,000) as a penalty to the Plaintiff and award to The Defendant to compensate my damages in reputation, plus the costs in learning, consulting, and preparing to deal with this ridiculous, frivolous, fraudulent and vexatious lawsuit.

## Amicus curiae Abused by Stephen Tao Jiang and TangHan and YiHao (Gao Haojun) and Zhao Yan: abuse of court system in information age

Stephen Tao Jiang filed misleading, ridiculous, and defamatory information about the case as *Amicus curiae*, these lies are quickly copied, modified, translated and published on twitter by TangHan(@TangHan32967114) and on YouTube by YiHao. TangHan and YiHao acted like Chinese Communist Ghost of Steven Tao Jiang. They are popular and evil rumormongors and they are anonymous. This trio work as an efficient rumor mill, fraudulently using selective court documents as authority to spread rumors to destroy my reputation. Zhao Yan joined this rumormonger team. They must be stopped. Steven Tao Jiang is a crook, faked lawyer, or sometimes advertised as an inside worker or clerk in the federal court system so he could have *amicus curiae* easily filed and his team would spread anything he filed on docket as valid court documents. The reason he filed so much ridiculous lies, is because I rejected his business solicitation and exposed him as a swindler with no Maryland lawyer license. I hereby request that all filings by the *amicus curiae* Stephen Tao Jiang must be deleted. I hereby request the court to issue an order to have Twitter

and YouTube to release the identity of TangHan and YiHao so I can file a lawsuit against them. Here's YiHao's YouTube link, https://www.youtube.com/channel/UC6mIndJxqBQThj40BuQicdA

Respectfully submitted,

SIGNATURE BY HONGKUAN LI, *pro se*                         7/26/2019

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the MOTION TO VACATE DEFAULT JUDGEMENT, AND MOTION TO DISMISS was served on this 26 day of July, 2019 via email and first class mail with postage pre-paid on Wengui Guo and/or his counsel at Ari Casper, The Casper Firm, LLC, 400 E. Pratt St., Suite 903, Baltimore MD 21202

Signature by: Hongkuan LI                                   7/26/209

STATE OF MARYLAND

COUNTY OF Prince George's , to wit:

I hereby certify that on the 26 day of July, 2019, before me, the subscriber, a notary public of the State of Maryland, in and for Prince Georges , personally appeared

HONGKUAN LI (swearing) and made oath or affirmation in due form of law that the matters and facts set forth in the MOTION TO VACATE DEFAULT JUDGEMENT, AND MOTION TO DISMISS are true.

As witness, my hand and notarial seal.

(Notary Seal) Signature of Notary Public

Notary Public

My Commission expires: 10/29/2022

**MELANIE S SWEET**
Notary Public
Prince George's County
Maryland
My Commission Expires Oct. 29, 2022