# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND (Greenbelt Division)

WENGUI GUO a/k/a MILES KWOK (Ho Wan Kwok)
plaintiff,
v.                                                                Civil Case # PWG 18-cv-259
HONGKUAN LI, *pro se*
defendant.

## Memorandum in Support of DEFENDANT'S MOTION TO VACATE DEFAULT JUDGEMENT AND MOTION TO DISMISS

I, Hongkuan Li, the Defendant filed a motion on July 26, 2019, to vacate the default judgment entered on May 29, and to dismiss the case for 1) Defendant was never served, 2) violation of court orders and rules by the Plaintiff, and 3) lack of jurisdiction.

In that Motion, I stated one refugee-in-application as Plaintiff, and one asylee as Defendant would destroy the diversity requirement in the federal jurisdiction. I requested the case to be dismissed immediately upon the default judgment being vacated, due to, among other things, lack of jurisdiction.
The Defendant hereby submit **Exhibit F** as supporting evidence to my claim on lack of jurisdiction. The U.S. Constitution does not allow this Court to hear an action solely between non-U.S. citizens (Hodgson *v.* Bowerbank).

There might still have some cloud on the U. S. citizenship self-claimed by this refugee-in-application, Plaintiff Guo. Court filings in Supreme Court of State of New York (Zheng Wu *v.* Guo Wengui) could shed some light on this matter.
The Defendant hereby submit Exhibits C, D, E, for reference only. The attorneys hired by Zheng Wu obviously have done a superb job describing Guo as what he really is, a renegade spy, who—after having been accused and convicted of a broad array of criminal acts—fled to the United States with the hope of purchasing for himself the type of unofficial asylum reserved for those of extreme wealth.

The name Zheng Wu a/k/a Bruno Wu is mentioned in this lawsuit. The allegation story of Zheng Wu, as a spy head, is mentioned in Plaintiff's verified Complaint #85-89. Plaintiff Guo alleged him and announced to the public, as a spy head, leading a group of Chinse Communist spies to attack Plaintiff Guo, hinting that I might be a member of the spy team led by Zheng Wu. Plaintiff Guo also wrongly complained about me being paid by the government of the People's Republic

of China. On Plaintiff's verified complaint #114, Mr. Guo lied about my funding, made groundless accusation to mislead this Court and defame me in the public, that HONGKUAN LI IS ONE OF THE ACTIVISTS PAID BY THE CHINESE GOVERNMENT TO DESTROY, DEFAME, AND OTHERWISE OPPOSE GUO. Mr. Guo put this complaint on every person he sued. This is political defamation in itself. I request the Court to order Plaintiff to show evidence of my funding from Chinese Government source.

I have nothing to do with Zheng Wu. All these complaints from Guo are unbelievable in content, contrary to my knowledge, irrelevant to my dispute with Plaintiff Guo, and resulting in defamation to me, as these ridiculous complaints are copied and widely published over the Internet by his followers.

The Defendant requested an award of $250,000 for the damages caused by the mistakes and criminal acts of the Plaintiff Guo.

The Defendant requested the Court to order Plaintiff to pay cost for an investigation in the authenticity or forgery of Li's signature as key evidence of service to mislead the Court into further action.

The Defendant hereby request the Court to order another investigation, into the authenticity or forgery of the signatures of the Plaintiff Guo himself. Compare Exhibit A (filed on 1/26/2018) with Exhibit B (filed on 7/23/2019), these are different signatures of the same Plaintiff Guo filed in this case on different time.

This shows Plaintiff Guo confused himself and exhibited his talent as truly a Master of Fraud. He fabricated top secret Chinese Communist documents and tried to mislead the public and US intelligence community as well as US Immigration to believing him as having some value. He announced at the press conference and on other occations on YouTube or Twitter, these secret documents to be true and verified by authorities like the FBI, CIA and U.S. government, on Oct. 5, 2017 in a press conference held in the NATIONAL PRESS CLUB. These so-called documents were proved to be faked by twin brothers, Chen Zhiheng and Chen Zhiyu, paid $4000 per month by Plaintiff Guo with a promise of additional $50,000,000 fund in reserve. The story-in-depth is widely available as the case of Guo forgery by the Chen's were broadcast on CCTV and on YouTube with all the details. Guo has the reputation as a fraud master in faking all kind of documents required by banks. Information is widely available in the Internet.

I hereby submit a Statement of Guo Wengui, Exhibit G, which is a rebuttal of Guo to a Wall Street Journal report on 7/22 failed miserably NOT to address the key issue of his intended investigation of 15 names protected by the U.S. State Dept., instead, he quoted his procedural victories in frivolous lawsuits against true democracy advocates like Xia Yeliang in Alexandria VA federal court and against Hongkuan Li in Greenbelt MD.

That's a further indication that Plaintiff Guo is a spy working to destroy real democracy advocates of China, through dozens of frivolous lawsuits, and at same time showing to the whole world, people in China in particular, that the U.S. judiciary system could not punish a reckless

abuser like himself, so the very idea of promoting American style freedom of speech, rule of law and democracy, is proved to be absurd.

Respectfully submitted,

_[signature]_  8/3/2019

SIGNED BY HONGKUAN LI, *pro se* defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the Memorandum in Support of Defendant's MOTION TO VACATE DEFAULT JUDGEMENT AND MOTION TO DISMISS was served on this ___ day of August, 2019 via email and/or first class mail with postage pre-paid on Wengui Guo and/or his counsel Ari Casper, at The Casper Firm, LLC, 400 E. Pratt St., Suite 903, Baltimore MD 21202

_[signature]_  8/3/2019

Signed by: Hongkuan Li

STATE OF MARYLAND
COUNTY OF Prince George's , to wit:

I hereby certify that on the 3rd day of August, 2019, before me, the subscriber, a notary public of the State of Maryland, in and for Prince George's , personally appeared

HONGKUAN LI (swearing) and made oath or affirmation in due form of law that the matters and facts set forth in the Memorandum in Support of Defendant's MOTION TO VACATE DEFAULT JUDGEMENT AND MOTION TO DISMISS are true.

As witness, my hand and notarial seal.

_[signature]_

(Notary Seal) Signature of Notary Public

[Notary stamp: NEGAN, Notary Public, Prince George's County, Maryland, My Commission Expires Dec. 29, 2019]

Notary Public

My Commission expires: 12/29/2019