Agreement, China Golden Spring was paid HKD$56,114,857.35 (approximately $7,177,000 United States dollars) by ACA. As a result of my services pursuant to the Consulting Agreement, I received distributions in excess of $500,000 from China Golden Spring.

4. I was told by ACA that it was aware of various internet posts authored by Hongkuan Li ("Li") about me. The person at ACA who told me these things asked to remain anonymous for fear of retaliation by the Chinese Communist Party. These posts accused me of extreme and improper conduct. Li made these and similar statements through Twitter and his YouTube channel.

5. ACA also informed me that it terminated the Consulting Agreement because of the company's fears that continuing its relationship with China Golden Spring would result in a loss of clients and future business. I was further told that ACA's fears were the result of Hongkuan Li's defamatory internet posts.

6. Between the termination of the Consulting Agreement and today, I have lost income in excess of $500,000. In addition, I had the reasonable expectation of future income pursuant to the Consulting Agreement.

7. This document was translated and read to me verbatim.

_____
Guo Wengui