## VERIFICATION

I, Wengui Guo a/k/a Miles Kwok, am the individual Plaintiff in this matter. I have read the foregoing Verified Complaint For Injunctive Relief and Money Damages and know the contents thereof. The same are true to my own knowledge, except as to matters that are therein stated to be alleged upon information and belief, and that as to those matters I believe them to be true.

January 26, 2018

_____
Wengui Guo a/k/a Miles Kwok

STATE OF NEW YORK    )
                     ) SS:
COUNTY OF NEW YORK   )

On the 26 day of January 2018, before me, the undersigned, personally appeared Wengui Guo a/k/a Miles Kwok, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same, and that by his signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

Printed Name: Amy K Hawk

My Commission Expires:

9/2/2026

*Amy K. Hawk*
*Notary Public, State of New York*
*No. 01HA6192626*
*Qualified in Queens County*
*Commission Expires Sept. 2, 2020*