

**Exhibit C**

```
FILED: NEW YORK COUNTY CLERK 03/08/2018 05:19 PM        INDEX NO. 152123/2018
NYSCEF DOC. NO. 1                                       RECEIVED NYSCEF: 03/08/2018
```

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------X
ZHENG WU a/k/a BRUNO WU and
YANG LAN,
　　　　　　　　　　　　　　　　　　　　　Index No.
　　　　　　　　　　　Plaintiffs,

　　　　　-against-　　　　　　　　　　　　**COMPLAINT**

GUO WENGUI
a/k/a MILES KWOK,
　　　　　　　　　　　Defendant.
-----------------------------------------------------------X

　　　Plaintiffs Zheng Wu, a/k/a Bruno Wu, and Yang Lan, by their attorneys Arkin Solbakken LLP, as and for their complaint against Defendant Guo Wengui, hereby state as follows:

### PRELIMINARY STATEMENT

　　1.　This action is brought against Defendant Guo Wengui ("Guo"), a citizen of numerous countries including Hong Kong, the United Arab Emirates, and the Republic of Malta, 马耳他 who—after having been accused and convicted of a broad array of criminal acts—fled to the United States with the hope of purchasing for himself the type of unofficial asylum reserved for those of extreme wealth.

　　2.　Indeed, notwithstanding evidence tying Guo to money laundering schemes, forgery, bribery and physical and sexual assault, Guo has been able to obtain temporary refuge from his crimes in the United States, where he purchased a penthouse apartment in the prestigious Sherry Netherland at 781 Fifth Avenue, New York, New York for which he paid $67.5 million—in cash.