

**Exhibit D**

```
FILED: NEW YORK COUNTY CLERK 07/16/2018 09:51 AM          INDEX NO. 152123/2018
NYSCEF DOC. NO. 15                                   RECEIVED NYSCEF: 07/16/2018
```

41. Indeed, on more than one occasion Guo has promised allegiance to the PRC if only they will take him back with the promise of no prosecution.

42. In exchange for special treatment by the PRC, Guo also (a) promised to provide the location of various Chinese political dissidents in the United States, (b) spied on and wiretapped various government figures, including former United States Secretary of Homeland Security Jeh Charles Johnson and former United Kingdom Prime Minister Tony Blair, for which he has received MSS medals, and (c) colluded with various terrorist organizations.