

## GUO'S DUPLICITY AND RETALIATION

52. As noted above, Guo fled the PRC to avoid answering for his crimes.

53. Since that time, he has made numerous efforts to "buy" his way back into his home country in a way that would allow him to avoid jail time -- including but not limited to letters written to the Chinese government that beg for a homecoming and which pledge allegiance to the PRC.