**Exhibit F**

Early on, the Supreme Court interpreted the constitutional and statutory diversity rules as imposing important limitations on federal jurisdiction. First, in *Strawbridge v. Curtiss*, the Court determined that the statute generally requires "complete diversity" among the parties, i.e., that *every* party on one side of an action must be the citizen of a state different from that of *every* party on the opposing side.[5] Second, and key to understanding the limits on disputes involving foreigners, the Court in *Hodgson v. Bowerbank* concluded that the Constitution does not allow federal courts to hear an action solely between non-U.S. citizens.[6]

January/February 2015 • **THE FEDERAL LAWYER** • 67